# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

### NO. 03-24-00306-CV

---

### In re Michael Peterson

---

### ORIGINAL PROCEEDING FROM THE PUBLIC UTILITY COMMISSION OF TEXAS DOCKET NO. 55595

---

### M E M O R A N D U M   O P I N I O N

Relator Michael Peterson has filed a petition for the writs of mandamus, procedendo, and prohibition to compel the Public Utility Commission to assign a neutral hearing officer to review and decide his motion to disqualify the administrative law judge presiding over his case. However, we may issue such writs only against a district judge or county judge sitting in our district or to enforce our jurisdiction, none of which Peterson requests here. *See* Tex. Gov't Code § 22.221(b); *see also In re Hill*, No. 03-14-00798-CV, 2015 WL 134829, at *1 (Tex. App.—Austin Jan. 6, 2015, orig. proceeding) (mem. op.) (dismissing petition for writ of mandamus against state agency and its employees for want of jurisdiction). We dismiss the petition for want of jurisdiction. *See* Tex. R. App. P. 52.8(a).

_____

Rosa Lopez Theofanis, Justice

Before Chief Justice Byrne, Justices Smith and Theofanis

Filed: May 17, 2024